# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

    Melissa Robbins                              Case # 18-55075
                                                           Chapter 13
                Debtor                                 Judge Charles M. Caldwell

## NOTICE OF FILING REAL ESTATE APPRAISALS

Now comes the Debtor, by and through counsel, and hereby gives notice of filing the attached real estate appraisals pursuant to Local Chapter 13 Bankruptcy Rule 3015-3(e)(3).

                                                          /s/ Amy E. Gullifer
                                                          Amy E. Gullifer #0074218
                                                          Attorney for Debtor
                                                          302 South Main Street
                                                          Marysville, Ohio 43040
                                                          937-644-9125 (phone no.)
                                                          937-644-0754 (fax no.)
                                                          bkadmin@cfbjs.com

### Certificate of Service

I hereby certify that a true copy of the foregoing Real Estate Appraisals were served by ECF service, this 22th day of August , 2018, upon Faye D. English, Chapter 13 Trustee; U.S. Trustee's Office; and by regular U.S. Mail service to Melissa Robbins, 30176 Alder Rd, Richwood, Ohio 43344.

                                                           /s/ Amy E. Gullifer
                                                          Amy E. Gullifer

| PROP. CLASS |
|---|
| 1  0  1 |

**NEIGHBORHOOD**
0510500-

M
B
C

**ROBBINS MELISSA**
ROBBINS MELISSA
30164 ALDER RD
RICHWOOD  OH  43344

**LEGAL INFORMATION**

VMS  7869

OR 539 PG 670  SV 20-163
Acres:6.5160

| | OWNERSHIP | ADDRESS | CITY | STATE | ZIP | DATE | AMOUNT | DEED:CONV#: ACRES | JS | VALID |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ROBBINS MELISSA | 30100 ALDER RD | RICHWOOD | OH | 43344-9297 | 05/03/2004 | 0 | 3:EX : 9350:6.5160 | ☐ | ☐ |
| 2 | | | | | | | 0 | 0 | ☐ | ☐ |
| 3 | | | | | | | 0 | 0 | ☐ | ☐ |

X:    LISTER:    DATE:    TIME:    ☐ LETTER  ☐ LETTER REC'D  GIS CODE

| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | NEIGHBORHOOD | INFLUENCE FACTORS | | PROPERTY LOCATION |
|---|---|---|---|---|---|---|
| ■ PAVED<br>☐ GRAVEL<br>☐ DIRT<br>☐ SIDEWALKS<br>☐ CURBS | ☐ LEVEL<br>☐ HIGH<br>☐ LOW<br>☐ ROLLING<br>■ STANDARD | ☐ WATER  ■<br>☐ SEWER  ■<br>☐ GAS<br>■ ELECTRIC ☐<br>☐ STANDARD | ☐ IMPROVING<br>☐ STATIC<br>☐ DECLINING<br>☐ OLD<br>☐ STANDARD | ☐ A. NO ROAD<br>☐ B. TOPGRHY<br>☐ C. EX FRONT<br>☐ D. QUANTITY<br>☐ E. SZ/SHAPE | ☐ F. RESTRICT<br>☐ G. WOOD LT<br>☐ H. VACANCY<br>☐ I. WATER FRONT<br>☐ J. OTHER/CDU | 30164   ALDER RD , RICHWOOD 43344 |

**COMMENT**

TY2016:Net Gen=$2,552.18, Other Assessment=$0.00   92 ac dec due to mapping    2/17/04 MH transf to RE, 2003 Dutch, $49,900,    Model-Celebration, VIN DHIN37261D, Title #    3300176916    CORRECTED DWLG SIZE
'14 - Removed CAUV -ab

**LAND COMPUTATIONS**

| CODES: | LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C |
|---|---|---|---|---|---|---|---|---|---|
| F: FRONT<br>R: REAR | AG:CR:BOA | A 0.8763 | | 5,190 | 0 | | | 4,550 | 0 |
| | AG:CR:BOB | A 0.4524 | | 4,930 | 0 | | | 2,230 | 0 |
| | AG:CR:MN | A 3.2327 | | 5,130 | 0 | | | 16,580 | 0 |
| HS:<br>HOME SITE<br>SM:<br>SMALL ACRE<br>WA: WASTE<br>RD: ROAD<br>EA:<br>EASEMENT | AG:CR:WE | A 0.2822 | | 5,190 | 0 | | | 1,460 | 0 |
| | AG:HS: | A 1 | | 20,000 | 0 | | | 20,000 | 0 |
| | AG:ROW:BOA | A 0.0647 | | 0 | 0 | | | 0 | 0 |
| | AG:WA: | A 0.6077 | | 50 | 0 | | | 30 | 0 |
| | Total Acres: 6.5160 | | | | | | TOTAL | 44,850 | 0 |

**VALUATION SUMMARY**

| VALUE YEAR (EFF RATE) | | 2016 (48.35) | 2015 (50.08) | 2014 (50.53) | 2013 (51.12) | 2013 (51.12) | 2013 (51.12) | 2013 (51.12) | 2012 (53.19) |
|---|---|---|---|---|---|---|---|---|---|
| REASON FOR CHANGE | | RAPP | Misc | MISC | CAUV | RAPP | CAUV | RAPP | CAUV |
| APPRAISED VALUE | LAND | 44,850 | 40,650 | 40,650 | 30,930 | 40,650 | 30,930 | 40,650 | 25,270 |
| | IMPR | 122,090 | 106,060 | 106,060 | 106,060 | 106,060 | 101,360 | 101,360 | 98,910 |
| | TOTAL | 166,940 | 146,710 | 146,710 | 136,990 | 146,710 | 132,290 | 142,010 | 124,180 |
| ASSESSED VALUE | LAND | 15,700 | 14,230 | 14,230 | 10,830 | 14,230 | 10,830 | 14,230 | 8,840 |
| | IMPR | 42,730 | 37,120 | 37,120 | 37,120 | 37,120 | 35,480 | 35,480 | 34,620 |
| | TOTAL | 58,430 | 51,350 | 51,350 | 47,950 | 51,350 | 46,310 | 49,710 | 43,460 |
| NET GENERAL | | 2,552.18 | 2,323.94 | 2,344.66 | 2,210.02 | 2,210.02 | 2,210.02 | 2,210.02 | 2,080.34 |

| OCCUPANCY | EXTERIOR | FLOOR | AREA | CONST | VALUE | SKETCH |
|---|---|---|---|---|---|---|
| ■ SNGL FMLY | ☐ WOOD | 1 | 1890 | FR | 210,340 | |
| ☐ DUPLEX | ☐ STUCCO | | | | | |
| ☐ TRIPLEX | ☐ ALM/VYNL | | | | | |
| ☐ CONVR | ☐ CONC BLK | | | | | |
| ☐ MOBILE HM | ☐ METAL | | | | | |
| ☐ BI/L TRI/L | ☐ BRICK | | | | | |
| ☐ MOD/MAN | ☐ STONE | | | | | |

| ROOFING | ROOF TYPE |
|---|---|
| ☐ METAL | ☐ GABLE |
| ☐ SLT/TLE | ☐ HIP |
| ■ SHINGLES | ☐ GAMBREL |
| ☐ SHAKES | ☐ MANSARD |
| ☐ COMPOSITE | ☐ FLAT |

Sketch: 1s FR 70 × 27, area 1890; OFP 70 × 8, area 560; scale 1:1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | SUBTOTAL | | 210,340 | | |
| FLOORS | B | 1 | 2 | 3 | U | MULTI-FAMILY # | 0 | 0 |
| CONCRETE | ☐ | ☐ | ☐ | ☐ | ☐ | BSMT FINISH | 0 S.F. | 0 |
| WOOD | ☐ | ☐ | ☐ | ☐ | ☐ | FIREPLACE # | 0 | 0 |
| TILE/COMPO | ☐ | ■ | ☐ | ☐ | ☐ | HEATING | 0 S.F. | 0 |
| CARPET | ☐ | ■ | ☐ | ☐ | ☐ | AIR COND | 1,890 S.F. | 3,400 |
| INT. FINISH | B | 1 | 2 | 3 | U | PLUMBING # | 3 | 3,000 |
| PLASTER/DW | ☐ | ■ | ☐ | ☐ | ☐ | GARAGES & CARPORTS | | 0 |
| PANELING | ☐ | ☐ | ☐ | ☐ | ☐ | EXTRA FEATURES | | 5,600 |
| UNFINISHED | ☐ | ☐ | ☐ | ☐ | ☐ | SUBTOTAL | | 222,340 |
| ACCOMMODATIONS | | | | | | GRADE FACTOR | | 80 % |
| # OF ROOMS | | 6 | | | | UNADJUSTED VALUE | | 177,870 |
| BEDROOMS | | 3 | | | | FACTOR | | 100 % |
| FIREPLACES | | | | | | | | |

| HEAT & AC | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|
| NO HEAT | ☐ | ☐ | ☐ | ☐ | ☐ |
| CTRL HEAT | ☐ | ■ | ☐ | ☐ | ☐ |
| HW/STEAM | ☐ | ☐ | ☐ | ☐ | ☐ |
| ELECTRIC | ☐ | ☐ | ☐ | ☐ | ☐ |
| HEAT PUMP | ☐ | ☐ | ☐ | ☐ | ☐ |
| FLR/WALL | ☐ | ☐ | ☐ | ☐ | ☐ |
| STVE/SPCE | ☐ | ☐ | ☐ | ☐ | ☐ |
| GEOTHERMAL | ☐ | ☐ | ☐ | ☐ | ☐ |
| OUTSIDE | ☐ | ☐ | ☐ | ☐ | ☐ |
| CTRL A/C | ☐ | ■ | ☐ | ☐ | ☐ |

| PLUMBING | | BASE ■ |
|---|---|---|
| X FULL BATH | 1 | |
| X HALF BATH | | |
| X FIXTURES | | |

| OCCUPANCY | ST.HT | SIZE | AREA | GRADE | PRICE | AGE | REMD | CND | UNADJ VAL | PHYS | PHYS VAL | FUNC | TRUE VAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DWELLING | 1 | SK | SK | D | | 2003 | | A | 177,870 | 22 | 138,740 | | 122,090 |
| 1  Shed-Fr | PP* | 0x0 | N/A | | | | | | | 100 | | | 0 |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |

05-0001035.1000        * Value Override Item                                                                    TOTAL  122,090

### COMMENTS

CONVERT GAR TO LIVING QUARTERS 94 RMV OLD DWELL/ADD NEW ONE NC04
(560SF OFP=$5,600)
Dwelling has an Economic Factor of 88%

*05-0001035.1000*

CLAIBOURNE TOWNSHIP / NORTH UNION LSD
023-00-00-051.000

| PROP. CLASS |
| 1 | 0 | 1 |

**NEIGHBORHOOD**
0510500-

M
B
C

**ROBBINS MELISSA**
ROBBINS MELISSA
30164 ALDER RD
RICHWOOD OH 43344

**LEGAL INFORMATION**

VMS 7869

OR 539 PG 670 SV 20-163
Acres: 6.5160

| | OWNERSHIP | ADDRESS | CITY | STATE | ZIP | DATE | AMOUNT | DEED:CONV#: ACRES | JS | VALID |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ROBBINS MELISSA | 30100 ALDER RD | RICHWOOD | OH | 43344-9297 | 05/03/2004 | 0 | 3:EX : 9350:6.5160 | ☐ | ☐ |
| 2 | | | | | | | 0 | 0 | ☐ | ☐ |
| 3 | | | | | | | 0 | 0 | ☐ | ☐ |

X:        LISTER:        DATE:        TIME:        ☐ LETTER   ☐ LETTER REC'D   GIS CODE

| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | NEIGHBORHOOD | INFLUENCE FACTORS | | PROPERTY LOCATION |
|---|---|---|---|---|---|---|
| ■ PAVED | ☐ LEVEL | ☐ WATER ■ | ☐ IMPROVING | ☐ A. NO ROAD | ☐ F. RESTRICT | 30164 ALDER RD , RICHWOOD 43344 |
| ☐ GRAVEL | ☐ HIGH | ☐ SEWER ■ | ☐ STATIC | ☐ B. TOPGRHY | ☐ G. WOOD LT | COMMENT |
| ☐ DIRT | ☐ LOW | ☐ GAS ☐ | ☐ DECLINING | ☐ C. EX FRONT | ☐ H. VACANCY | |
| ☐ SIDEWALKS | ☐ ROLLING | ■ ELECTRIC ☐ | ☐ OLD | ☐ D. QUANTITY | ☐ I. WATER FRONT | |
| ☐ CURBS | ■ STANDARD | ☐ STANDARD | ☐ STANDARD | ☐ E. SZ/SHAPE | ☐ J. OTHER/CDU | |

**LAND COMPUTATIONS**

| CODES: | LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C |
|---|---|---|---|---|---|---|---|---|---|
| F: FRONT | | | | | | | | | |
| R: REAR | | | | | | | | | |
| HS: HOME SITE | | | | | | | | | |
| SM: SMALL ACRE | | | | | | | | | |
| WA: WASTE | | | | | | | | | |
| RD: ROAD | | | | | | | | | |
| EA: EASEMENT | Total Acres: 6.5160 | | | | | TOTAL | | 44,850 | 0 |

**VALUATION SUMMARY**                                                                                                          * Value Override Item

| VALUE YEAR (EFF RATE) | | 2012 (53.19) | * 2011 (53.58) | * 2011 (53.58) | 2010 (53.71) | 2010 (53.71) | | | |
|---|---|---|---|---|---|---|---|---|---|
| REASON FOR CHANGE | | MISC | CAUV | MISC | CAUV | TRI | | | |
| APPRAISED VALUE | LAND | 49,090 | 25,260 | 49,090 | 25,260 | 49,090 | | | |
| | IMPR | 98,910 | 98,910 | 98,910 | 98,910 | 98,910 | | | |
| | TOTAL | 148,000 | 124,170 | 148,000 | 124,170 | 148,000 | | | |
| ASSESSED VALUE | LAND | 17,180 | 8,840 | 17,180 | 8,840 | 17,180 | | | |
| | IMPR | 34,620 | 34,620 | 34,620 | 34,620 | 34,620 | | | |
| | TOTAL | 51,800 | 43,460 | 51,800 | 43,460 | 51,800 | | | |
| NET GENERAL | | 2,080.34 | 2,095.70 | 2,095.70 | | | | | |

Appraisal Research Corporation
BF649(98217)

RESIDENTIAL/AGRICULTURAL
Printed: 12/21/2016 20:32 By: arcpdf

Andrea Weaver, Union

| OCCUPANCY | EXTERIOR |
|---|---|
| ☐ SNGL FMLY | ☐ WOOD |
| ☐ DUPLEX | ☐ STUCCO |
| ☐ TRIPLEX | ☐ ALM/VYNL |
| ☐ CONVR | ☐ CONC BLK |
| ☐ MOBILE HM | ☐ METAL |
| ☐ BI/L TRI/L | ☐ BRICK |
| ☐ MOD/MAN | ☐ STONE |

| ROOFING | ROOF TYPE |
|---|---|
| ☐ METAL | ☐ GABLE |
| ☐ SLT/TLE | ☐ HIP |
| ☐ SHINGLES | ☐ GAMBREL |
| ☐ SHAKES | ☐ MANSARD |
| ☐ COMPOSITE | ☐ FLAT |

| FLOORS | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|
| CONCRETE | ☐ | ☐ | ☐ | ☐ | ☐ |
| WOOD | ☐ | ☐ | ☐ | ☐ | ☐ |
| TILE/COMPO | ☐ | ☐ | ☐ | ☐ | ☐ |
| CARPET | ☐ | ☐ | ☐ | ☐ | ☐ |

| INT. FINISH | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|
| PLASTER/DW | ☐ | ☐ | ☐ | ☐ | ☐ |
| PANELING | ☐ | ☐ | ☐ | ☐ | ☐ |
| UNFINISHED | ☐ | ☐ | ☐ | ☐ | ☐ |

| ACCOMMODATIONS | |
|---|---|
| # OF ROOMS | |
| BEDROOMS | |
| FIREPLACES | |

| HEAT & AC | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|
| NO HEAT | ☐ | ☐ | ☐ | ☐ | ☐ |
| CTRL HEAT | ☐ | ☐ | ☐ | ☐ | ☐ |
| HW/STEAM | ☐ | ☐ | ☐ | ☐ | ☐ |
| ELECTRIC | ☐ | ☐ | ☐ | ☐ | ☐ |
| HEAT PUMP | ☐ | ☐ | ☐ | ☐ | ☐ |
| FLR/WALL | ☐ | ☐ | ☐ | ☐ | ☐ |
| STVE/SPCE | ☐ | ☐ | ☐ | ☐ | ☐ |
| GEOTHERMAL | ☐ | ☐ | ☐ | ☐ | ☐ |
| OUTSIDE | ☐ | ☐ | ☐ | ☐ | ☐ |
| CTRL A/C | ☐ | ☐ | ☐ | ☐ | ☐ |

| PLUMBING | | BASE ☐ |
|---|---|---|
| X FULL BATH | | |
| X HALF BATH | | |
| X FIXTURES | | |

| FLOOR | AREA | CONST | VALUE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| SUBTOTAL | | | 0 |
| MULTI-FAMILY # | 0 | | 0 |
| BSMT FINISH | 0 | S.F. | 0 |
| FIREPLACE # | 0 | | 0 |
| HEATING | 0 | S.F. | 0 |
| AIR COND | 0 | S.F. | 0 |
| PLUMBING # | 0 | | 0 |
| GARAGES & CARPORTS | | | 0 |
| EXTRA FEATURES | | | 0 |
| SUBTOTAL | | | 0 |
| GRADE FACTOR | | | % |
| UNADJUSTED VALUE | | | 0 |
| FACTOR | | | % |

| OCCUPANCY | ST.HT | SIZE | AREA | GRADE | PRICE | AGE | REMD | CND | UNADJ VAL | PHYS | PHYS VAL | FUNC | TRUE VAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DWELLING | | SK | SK | | | | | | | | | | |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |

SKETCH

70
1s FR
27
1890
70 OFP
560
8
1:1

05-0001035.1000

TOTAL  0

| COMMENTS |
|---|
| CONVERT GAR TO LIVING QUARTERS 94 RMV OLD DWELL/ADD NEW ONE NC04 |

| | PROP. CLASS | |
|---|---|---|
| 5 | 1 | 0 |

05-0001036.1000

CLAIBOURNE TOWNSHIP / NORTH UNION LSD

023-00-00-052.001

**BUCKLAND MELISSA**

BUCKLAND MELISSA
30176 ALDER RD
RICHWOOD OH  43344

**LEGAL INFORMATION**

VMS 7869
BK 215 PG 376  SV 20-163
Acres:2.0560

**QUALIFIED CREDITS: OOC,**

NEIGHBORHOOD: 0510500-

M
B
C

| | OWNERSHIP | ADDRESS | CITY | STATE | ZIP | DATE | AMOUNT | DEED:CONV#: ACRES | JS | VALID |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BUCKLAND MELISSA | 30176 ALDER RD | RICHWOOD | OH | 43344-9297 | 02/23/2000 | 0 | EX : 983:2.0560 | ☐ | ☐ |
| 2 | | | | | | | 0 | 0 | ☐ | ☐ |
| 3 | | | | | | | 0 | 0 | ☐ | ☐ |

X:   ☐ TTO   LISTER: JF   DATE: 06/15/2017   TIME: 12:00:00 AM   ☐ LETTER  ☐ LETTER REC'D   GIS CODE

| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | NEIGHBORHOOD | INFLUENCE FACTORS | |
|---|---|---|---|---|---|
| ■ PAVED | ☐ LEVEL | ☐ WATER | ☐ IMPROVING | ☐ A. NO ROAD | ☐ F. RESTRICT |
| ☐ GRAVEL | ☐ HIGH | ☐ SEWER | ☐ STATIC | ☐ B. TOPGRHY | ☐ G. WOOD LT |
| ☐ DIRT | ☐ LOW | ☐ GAS | ☐ DECLINING | ☐ C. EX FRONT | ☐ H. VACANCY |
| ☐ SIDEWALKS | ☐ ROLLING | ■ ELECTRIC | ☐ OLD | ☐ D. QUANTITY | ☐ I. WATER FRONT |
| ☐ CURBS | ■ STANDARD | ☐ STANDARD | ☐ STANDARD | ☐ E. SZ/SHAPE | ☐ J. OTHER/CDU |

**PROPERTY LOCATION**
30176  ALDER RD , RICHWOOD 43344

**COMMENT**
TY2017:Net Gen=$1,957.58, Other Assessment=$37.50
91 split from 5.20 acres 5-1-36 & mobile home ADDED WDDK
'14 - Removed CAUV -ab 2017 Add 12x30 LT. DP

### LAND COMPUTATIONS

| LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C |
|---|---|---|---|---|---|---|---|---|
| HS:Homesite | AC:1 | | 20000 | | | | 20,000 | 0 |
| ROW:Road | AC:0.0395 | | 0 | | | | 0 | 0 |
| SM:Small Acres | AC:1.0165 | | 9800 | | | | 9,960 | 0 |
| Total Acres: 2.0560 | | | | | | TOTAL | 29,960 | 0 |

### VALUATION SUMMARY

| VALUE YEAR (EFF RATE) | | 2017 (47.15) | 2016 (48.35) | 2015 (50.08) | 2014 (50.53) | 2013 (51.12) |
|---|---|---|---|---|---|---|
| REASON FOR CHANGE | | NC | RAPP | Misc | MISC | CAUV |
| APPRAISED VALUE | LAND | 29,960 | 29,960 | 29,960 | 29,960 | 22,110 |
| | IMPR | 104,200 | 101,910 | 85,700 | 85,700 | 85,700 |
| | TOTAL | 134,160 | 131,870 | 115,660 | 115,660 | 107,810 |
| ASSESSED VALUE | LAND | 10,490 | 10,490 | 10,490 | 10,490 | 7,740 |
| | IMPR | 36,470 | 35,670 | 30,000 | 30,000 | 30,000 |
| | TOTAL | 46,960 | 46,160 | 40,490 | 40,490 | 37,740 |
| NET GENERAL | | 1,957.58 | 1,970.96 | 1,792.68 | 1,808.66 | 1,698.00 |

| OCCUPANCY | | EXTERIOR | |
|---|---|---|---|
| ■ | SNGL FMLY | ☐ | WOOD |
| ☐ | DUPLEX | ☐ | STUCCO |
| ☐ | TRIPLEX | ☐ | ALM/VYNL |
| ☐ | CONVR | ☐ | CONC BLK |
| ☐ | MOBILE HM | ☐ | METAL |
| ☐ | BI/L TRI/L | ☐ | BRICK |
| ☐ | MOD/MAN | ☐ | STONE |

| ROOFING | | ROOF TYPE | |
|---|---|---|---|
| ☐ | METAL | ☐ | GABLE |
| ☐ | SLT/TLE | ☐ | HIP |
| ■ | SHINGLES | ☐ | GAMBREL |
| ☐ | SHAKES | ☐ | MANSARD |
| ☐ | COMPOSITE | ☐ | FLAT |

| FLOORS | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|
| CONCRETE | ☐ | ☐ | ☐ | ☐ | ☐ |
| WOOD | ☐ | ☐ | ☐ | ☐ | ☐ |
| TILE/COMPO | ☐ | ☐ | ☐ | ☐ | ☐ |
| CARPET | ☐ | ■ | ☐ | ☐ | ☐ |

| INT. FINISH | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|
| PLASTER/DW | ☐ | ■ | ☐ | ☐ | ☐ |
| PANELING | ☐ | ☐ | ☐ | ☐ | ☐ |
| UNFINISHED | ☐ | ☐ | ☐ | ☐ | ☐ |

| ACCOMMODATIONS | |
|---|---|
| # OF ROOMS | 6 |
| BEDROOMS | 3 |
| FIREPLACES | 1 |

| HEAT & AC | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|
| NO HEAT | ☐ | ☐ | ☐ | ☐ | ☐ |
| CTRL HEAT | ☐ | ■ | ☐ | ☐ | ☐ |
| HW/STEAM | ☐ | ☐ | ☐ | ☐ | ☐ |
| ELECTRIC | ☐ | ☐ | ☐ | ☐ | ☐ |
| HEAT PUMP | ☐ | ☐ | ☐ | ☐ | ☐ |
| FLR/WALL | ☐ | ☐ | ☐ | ☐ | ☐ |
| STVE/SPCE | ☐ | ☐ | ☐ | ☐ | ☐ |
| GEOTHERMAL | ☐ | ☐ | ☐ | ☐ | ☐ |
| OUTSIDE | ☐ | ☐ | ☐ | ☐ | ☐ |
| CTRL A/C | ☐ | ■ | ☐ | ☐ | ☐ |

| PLUMBING | | BASE | ■ |
|---|---|---|---|
| X FULL BATH | | | |
| X HALF BATH | 1 | | |
| X FIXTURES | | | |

| FLOOR | AREA | CONST | VALUE |
|---|---|---|---|
| 1 | 1456 | FR | 170,610 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| SUBTOTAL | | | 170,610 |
| MULTI-FAMILY # | 0 | | 0 |
| BSMT FINISH | 0 | S.F. | 0 |
| FIREPLACE # | 1 | | 3,100 |
| HEATING | 0 | S.F. | 0 |
| AIR COND | 1,456 | S.F. | 2,620 |
| PLUMBING # | 2 | | 2,000 |
| GARAGES & CARPORTS | | | 0 |
| EXTRA FEATURES | | | 11,280 |
| SUBTOTAL | | | 189,610 |
| GRADE FACTOR | | | 85 % |
| UNADJUSTED VALUE | | | 161,170 |
| FACTOR | | | 100 % |

| OCCUPANCY | ST.HT | SIZE | AREA | GRADE | PRICE | AGE | REMD | CND | UNADJ VAL | PHYS | PHYS VAL | FUNC | TRUE VAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DWELLING | 1 | SK | SK | D+ | | 1991 | | A | 161,170 | 36 | 103,150 | | 90,770 |
| 1 Pole Bldg | | 30x40 | 1,200 | C | 11.75 | 2002 | | A | 14,100 | 21 | 11,140 | | 11,140 |
| 2 Lean-To | | 12x30 | 360 | C | 6.50 | 2016 | | A | 2,340 | 2 | 2,290 | | 2,290 |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |

SKETCH

```
                    WDDK
               20
                       720
                        36

                              1s FR
                                      26

                              1456
                                56

                       WDDK   10
                       220
```
(LT PB)

05-0001036.1000                                    TOTAL    104,200

### COMMENTS

ADD MOHO TO REAL 93    ADD POLE BARN NC03
>>OB Features:  1.1  <Concrete Floor>
(220SF WDDK=$2,640),(720SF WDDK=$8,640)
Dwelling has an Economic Factor of 88%

05-0001036.1000

Case 2:18-bk-55075   Doc 16   Filed 08/22/18   Entered 08/22/18 12:12:09   Desc Main
Document      Page 8 of 9

CLAIBOURNE TOWNSHIP / NORTH UNION LSD
023-00-00-052.001

| PROP. CLASS | | |
|---|---|---|
| 5 | 1 | 0 |

**NEIGHBORHOOD**
0510500-

M
B
C

**BUCKLAND MELISSA**
BUCKLAND MELISSA
30176 ALDER RD
RICHWOOD OH  43344

**LEGAL INFORMATION**

VMS 7869
BK 215 PG 376  SV 20-163
Acres:2.0560

**QUALIFIED CREDITS: OOC,**

| | OWNERSHIP | ADDRESS | CITY | STATE | ZIP | DATE | AMOUNT | DEED:CONV#: ACRES | JS | VALID |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BUCKLAND MELISSA | 30176 ALDER RD | RICHWOOD | OH | 43344-9297 | 02/23/2000 | 0 | EX : 983:2.0560 | ☐ | ☐ |
| 2 | | | | | | | 0 | 0 | ☐ | ☐ |
| 3 | | | | | | | 0 | 0 | ☐ | ☐ |

X:   ☐ TTO   LISTER: JF   DATE: 06/15/2017   TIME: 12:00:00 AM   ☐ LETTER  ☐ LETTER REC'D   GIS CODE

| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | NEIGHBORHOOD | INFLUENCE FACTORS | | PROPERTY LOCATION |
|---|---|---|---|---|---|---|
| ■ PAVED | ☐ LEVEL | ☐ WATER ☐ | ☐ IMPROVING | ☐ A. NO ROAD | ☐ F. RESTRICT | 30176  ALDER RD , RICHWOOD 43344 |
| ☐ GRAVEL | ☐ HIGH | ☐ SEWER ☐ | ☐ STATIC | ☐ B. TOPGRHY | ☐ G. WOOD LT | COMMENT |
| ☐ DIRT | ☐ LOW | ☐ GAS    ☐ | ☐ DECLINING | ☐ C. EX FRONT | ☐ H. VACANCY | |
| ☐ SIDEWALKS | ☐ ROLLING | ■ ELECTRIC☐ | ☐ OLD | ☐ D. QUANTITY | ☐ I. WATER FRONT | |
| ☐ CURBS | ■ STANDARD | ☐ STANDARD | ☐ STANDARD | ☐ E. SZ/SHAPE | ☐ J. OTHER/CDU | |

**LAND COMPUTATIONS**

| LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Total Acres: 2.0560 | | | | | TOTAL | | 29,960 | 0 |

**VALUATION SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| VALUE YEAR (EFF RATE) | | | | | | |
| REASON FOR CHANGE | | | | | | |
| APPRAISED VALUE | LAND | | | | | |
| | IMPR | | | | | |
| | TOTAL | | | | | |
| ASSESSED VALUE | LAND | | | | | |
| | IMPR | | | | | |
| | TOTAL | | | | | |
| NET GENERAL | | | | | | |

Appraisal Research Corporation
BF649(98217)

RESIDENTIAL/AGRICULTURAL
Printed: 12/21/2017 17:47 By: billy

Andrea Weaver, Union

| OCCUPANCY | | EXTERIOR | | | |
|---|---|---|---|---|---|
| ☐ SNGL FMLY | | ☐ WOOD | | | |
| ☐ DUPLEX | | ☐ STUCCO | | | |
| ☐ TRIPLEX | | ☐ ALM/VYNL | | | |
| ☐ CONVR | | ☐ CONC BLK | | | |
| ☐ MOBILE HM | | ☐ METAL | | | |
| ☐ BI/L TRI/L | | ☐ BRICK | | | |
| ☐ MOD/MAN | | ☐ STONE | | | |

| ROOFING | | ROOF TYPE | |
|---|---|---|---|
| ☐ METAL | | ☐ GABLE | |
| ☐ SLT/TLE | | ☐ HIP | |
| ☐ SHINGLES | | ☐ GAMBREL | |
| ☐ SHAKES | | ☐ MANSARD | |
| ☐ COMPOSITE | | ☐ FLAT | |

| FLOORS | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|
| CONCRETE | ☐ | ☐ | ☐ | ☐ | ☐ |
| WOOD | ☐ | ☐ | ☐ | ☐ | ☐ |
| TILE/COMPO | ☐ | ☐ | ☐ | ☐ | ☐ |
| CARPET | ☐ | ☐ | ☐ | ☐ | ☐ |

| INT. FINISH | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|
| PLASTER/DW | ☐ | ☐ | ☐ | ☐ | ☐ |
| PANELING | ☐ | ☐ | ☐ | ☐ | ☐ |
| UNFINISHED | ☐ | ☐ | ☐ | ☐ | ☐ |

| ACCOMMODATIONS | |
|---|---|
| # OF ROOMS | |
| BEDROOMS | |
| FIREPLACES | |

| HEAT & AC | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|
| NO HEAT | ☐ | ☐ | ☐ | ☐ | ☐ |
| CTRL HEAT | ☐ | ☐ | ☐ | ☐ | ☐ |
| HW/STEAM | ☐ | ☐ | ☐ | ☐ | ☐ |
| ELECTRIC | ☐ | ☐ | ☐ | ☐ | ☐ |
| HEAT PUMP | ☐ | ☐ | ☐ | ☐ | ☐ |
| FLR/WALL | ☐ | ☐ | ☐ | ☐ | ☐ |
| STVE/SPCE | ☐ | ☐ | ☐ | ☐ | ☐ |
| GEOTHERMAL | ☐ | ☐ | ☐ | ☐ | ☐ |
| OUTSIDE | ☐ | ☐ | ☐ | ☐ | ☐ |
| CTRL A/C | ☐ | ☐ | ☐ | ☐ | ☐ |

| PLUMBING | | BASE ☐ |
|---|---|---|
| X FULL BATH | | |
| X HALF BATH | | |
| X FIXTURES | | |

| FLOOR | AREA | CONST | VALUE |
|---|---|---|---|
| SUBTOTAL | | | 0 |
| MULTI-FAMILY # | 0 | | 0 |
| BSMT FINISH | 0 | S.F. | 0 |
| FIREPLACE # | 0 | | 0 |
| HEATING | 0 | S.F. | 0 |
| AIR COND | 0 | S.F. | 0 |
| PLUMBING # | 0 | | 0 |
| GARAGES & CARPORTS | | | 0 |
| EXTRA FEATURES | | | 0 |
| SUBTOTAL | | | 0 |
| GRADE FACTOR | | | % |
| UNADJUSTED VALUE | | | 0 |
| FACTOR | | | % |

| OCCUPANCY | ST.HT | SIZE | AREA | GRADE | PRICE | AGE | REMD | CND | UNADJ VAL | PHYS | PHYS VAL | FUNC | TRUE VAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DWELLING | | SK | SK | | | | | | | | | | |
| 1 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |

SKETCH

WDDK 20 720 36

1s FR 26

1456 56

WDDK 10 220

05-0001036.1000

TOTAL    0

COMMENTS

ADD MOHO TO REAL 93    ADD POLE BARN NC03