**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: May 13, 2019**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 18-55075 |
| Melissa Marie Robbins | : | Chapter 13 |
| Debtor | : | Judge Charles M. Caldwell |

### AGREED ORDER ON TRUSTEE'S MOTION TO DISMISS (Doc. 37)

This cause is set for hearing on May 28, 2019 on the Trustee's Motion to Dismiss this Chapter 13 Case (Doc. 37) and the Objection thereto (Doc. 40) filed by Debtor(s). Upon the agreement of the parties, the Chapter 13 Trustee's Motion to Dismiss shall be held in abeyance to provide Debtor(s) the opportunity to perform under the confirmed Chapter 13 Plan (the "Plan").

Debtor(s) shall resume full and regular payments into the Plan. Debtor(s) shall also cure the length problem in the Plan, if any, within sixty (60) days of the date of this Order by filing such pleadings as may be necessary, e.g. a motion to modify the Plan or objections to claims.

If the Debtor(s) become more than thirty (30) days in default on any subsequent Plan payment, or if the Debtor(s) fail to correct the length problem within sixty (60) days, the Trustee shall be authorized to submit to the Court an order of dismissal with an attached affidavit attesting to the default under this Agreed Order.  Upon submission of the Trustee's proposed order of dismissal and affidavit of default, the Motion to Dismiss will be granted instanter without further notice or hearing.

**IT IS SO ORDERED.**

Approved:

/s/ Amy E. Gullifer (via email consent)
Amy E. Gullifer #0074218
Attorney for Debtors
302 South Main Street
Marysville, Ohio 43040
937-644-9125 (phone no.)
937-644-0754 (fax no.)
bkadmin@cfbjs.com


/s/ Faye D. English
Faye D. English (0075557)
Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215
614-420-2555 telephone
614-420-2550 facsimile
faye.english@ch13columbus.com

Copies to:  Default List

###